STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SAVERIO DE BONIS, A/K/A SAM DE BONIS, DEFEND-
ANT-PETITIONER.

*Mr. Peter Murray, Mr. Richard Newman* and *Mr. Martin
F. Murphy* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. William D. Danberry* for
the respondent.

November 28, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
DONALD J. JULIANO AND PETER A. MEROLA, DEFEND-
ANTS-RESPONDENTS.

See same case below: 97 *N. J. Super.* 28.

*Mr. Brendan T. Byrne* and *Mr. Lawrence S. Schwartz*
for the petitioner.

No appearance for the respondents.

November 28, 1967. Granted.